

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

April 18, 2021

Hon. Joan M. Azrack
United States District Court
100 Federal Plaza
Central Islip, NY 11722

**VIA E-MAIL**

Re: *Barreto v. East Hampton Office of Housing and Community Development, et al.*
Docket No. 21 Civ. 1923 (JMA)
Our File No. 210048

Dear Judge Azrack:

On April 9, 2021, because Plaintiff's pleading contained claims of federal due process violations, we removed this action from Supreme Court, Suffolk County. In response, Plaintiff agreed in writing to discontinue all federal claims with prejudice. Attached, please find a stipulation of discontinuance embodying that discontinuance, signed by all parties.

I suggested to Plaintiff's counsel, Jonathan Barreto, that I would write to Your Honor, provide the stipulation, and request remand to Supreme Court, Suffolk County. He appreciated my writing this letter.

Accordingly, we ask the Court to issue an order remanding this action to Supreme Court, Suffolk County.

Thank you for your consideration of this matter.

Very truly yours,

SOKOLOFF STERN LLP

Brian S. Sokoloff

BSS/--
Encl.

SOKOLOFF STERN LLP

Hon. Joan M. Azrack
April 18, 2021
Page 2 of 2

cc: Jonathan A. Barreto, Esq.
    Counsel for Plaintiff
    135 Oakfield Avenue
    Dix Hills, NY 11746

   **VIA E-MAIL**

   Brian Lester, Esq.
   Tarbet & Lester PLLC
   Counsel for Whalebone Housing Development Fund Company, Inc.
   132 North Main Street, 1st Floor
   East Hampton, NY 11937

   **VIA E-MAIL**